MN-305
(10/00)

UNITED STATES BANKRUPTCY COURT
MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: ADVANTAGE COAST 2 COAST, INC.

Chapter 7 Case No. 07-33447-GFK

Please Check One:

[ X ]   Unclaimed Dividends

[   ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ADVANTAGE COAST TO COAST 2528 – 147TJ STREET NE FARIBAULT MN 55021 | -- | $822.23 | 822.23 |

Date: February 9, 2011

Michael J. Iannacone, TRUSTEE

RECEIVED 11 FEB 11 AM 11:03 U.S. BANKRUPTCY COURT ST. PAUL, MN